# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KIL SOON PARKS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 13-CV-10799-DT

HON. DENISE PAGE HOOD

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## and
## GRANTING MOTION FOR ATTORNEY FEES

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation (Doc. No. 24) on Plaintiff's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b). To date, no Objections have been filed to the Report and Recommendation and the time to file such has passed.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion. The Court agrees with the Magistrate Judge that Plaintiff's counsel is entitled to attorney fees in the amount of $8,871.18.

Accordingly,

IT IS ORDERED that the Report and Recommendation (Doc. No. 24) is

ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Petition/Motion for Authorization of Attorney Fees pursuant to 42 U.S.C. § 406(b) (Doc. No. 22) is GRANTED. Plaintiff's request for attorney fees in the amount of $8,871.18 is reasonable and Plaintiff is awarded such fees.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  December 21, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 21, 2015, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager